UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TEASIA M. WARREN                                                                          PETITIONER

V.                                                              CIVIL ACTION NO. 3:20-CV-616-DPJ-FKB

BILLY SOLLIE                                                                               RESPONDENT

ORDER

Petitioner Teasia Warren brings this habeas action pursuant to 28 U.S.C. § 2241 seeking dismissal of the state-court charges against her and release from state detention.  Pet. [1].  In her petition, Warren says she has not yet been indicted or brought before a judge.  *Id.*  Defendant Billy Sollie filed a motion to dismiss [13], and United States Magistrate Judge F. Keith Ball issued a Report and Recommendation [14] concluding that the Court should grant Sollie's motion.  Specifically, Judge Ball recommended that the Court dismiss Warren's claims seeking dismissal of her state-court charges because she failed to state a claim under § 2241.  R&R [14] at 2.  He further recommended dismissing any claim to enforce her right to a speedy trial because she failed to exhaust state remedies.  *Id.*

Warren had until May 31, 2021, to object to Judge Ball's Report and Recommendation.  This deadline has come and gone.  Although Warren did not receive the Report and Recommendation because the mailed copy was returned as undeliverable, Judge Ball's reasoning is correct, and Warren was repeatedly warned that "failure to keep this Court informed of her current address will result in the dismissal of this case."  Order [5]; Order [6]; Order [11]; *accord* Order [7].  Accordingly, the Court adopts Judge Ball's Report and Recommendation as the Court's opinion.  Warren's claims seeking dismissal of her state-court charges are dismissed with

prejudice and any claim to enforce her right to a speedy trial is dismissed without prejudice.  A separate judgment will be entered under Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 8th day of June, 2021.

              s/ *Daniel P. Jordan III*
              CHIEF UNITED STATES DISTRICT JUDGE